

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-22-00110-CR

**IN RE JEFFERY DEWAYNE BYRD**

**Original Proceeding**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 95-78-C**

**MEMORANDUM OPINION**

In this proceeding, Jeffery Dewayne Byrd seeks a writ of mandamus from this Court compelling the trial court to withdraw an order to withhold funds from his inmate account. The procedure necessary to complain about an order to withhold funds from an inmate account was described in *Harrell v. State*, 286 S.W.3d 315 (Tex. 2009). Pursuant to that procedure, a motion complaining about the withdrawal order should be filed with the trial court clerk for the trial court that signed the order. *In re Buhl*, 622 S.W.3d 396, 397 (Tex. App.—Waco 2020, orig. proceeding). If the trial court denies the relief requested in the motion, then an appeal, which will be a civil proceeding, can be taken from that denial. *Id*.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Smith, and
      Justice Rose[1]
Petition denied
Opinion delivered and filed April 27, 2022
Do not publish
[OT06]



---

[1] The Honorable Jeff Rose, Former Chief Justice of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court.  *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.

In re Byrd            Page 2